# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00018-CV

**Shakeel Mustafa, Appellant**

**v.**

**Pakiza Asim, Appellee**

---

**FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY,
NO. 11-0061-FC1, THE HONORABLE THOMAS O. STANSBURY, JUDGE PRESIDING**

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Shakeel Mustafa challenges the trial court's order on a motion to modify in the underlying SAPCR. The Court previously granted Mustafa's motion to abate this appeal and remanded to the trial court for entry of findings of fact and conclusions of law. The trial court subsequently issued findings of fact and conclusions of law that were filed with this Court in a supplemental record.

Mustafa has now filed a motion to extend the abatement, asserting that he has filed a motion for reconsideration in the trial court to challenge the trial court's findings and conclusions and that the motion is under consideration by the trial court. Although the certificate of conference noted that appellee Pakiza Asim opposes the motion, more than ten days have

passed since the filing of the motion and no response has been filed.  *See* Tex. R. App. P. 10.3(a)(2) (appellate court should not determine opposed motion until ten days after filing).

We grant Mustafa's motion, extend our abatement of this appeal, and remand this cause to the trial court to provide Mustafa additional time to obtain a ruling on his motion for reconsideration.  We instruct the trial-court clerk to prepare a supplemental record containing the trial court's ruling on the motion.  We further instruct Mustafa to file a motion to reinstate the appeal, a motion to extend the abatement, or a report advising us of the status of the case no later than July 14, 2023.

It is ordered on June 14, 2023.


Before Chief Justice Byrne, Justices Triana and Theofanis

Abated and Remanded

Filed:   June 14, 2023